IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARIEN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2024-cv-03215 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Honorable Judge Lindsay C. Jenkins |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

Defendant City of Chicago (the "City"), by and through its undersigned counsel, respectfully requests leave to file their Motion to Dismiss Plaintiff's Complaint, in excess of fifteen (15) pages. In support thereof, the City states as follows:

1. Plaintiff Darien Harris filed his complaint for a civil rights lawsuit on April 22, 2024. Dkt. 1.

2. In his complaint, Plaintiff asserts broad and expansive *Monell* claims against the City. Dkt. 1.

3. The City intends on filing a Motion to Dismiss the *Monell* claim pursuant to the Court's deadline on August 26, 2024. Dkt. 28.

4. Local Rule 7.1 imposes a fifteen-page limit on such motions. The City has attempted to draft the Motion as succinctly as possible, valuing efficiency and the time of all parties involved. However, to sufficiently address the complex claims against the City, Defendant City requests leave to file excess pages, not to exceed nineteen (19) pages.

5. The Motion to Dismiss will comply with Local Rule 7.1's requirement that briefs in excess of fifteen pages have a table of contents and a table of authorities.

6. On August 21, 2024, counsel for the City conferred with counsel for Plaintiff and Plaintiff does not object to this motion.

WHEREOFRE, the City respectfully requests leave to file an oversized Motion to Dismiss not to exceed nineteen (19) pages.

Dated: August 22, 2024            Respectfully submitted,

*/s/ Neha Locke*
Shneur Nathan (snathan@nklawllp.com)
Avi Kamionski (akamionski@nklawllp.com)
Neha Locke (nlocke@nklawllp.com)
Breana L. Brill (bbrill@nklawllp.com)
Special Assistants Corporation Counsel
Nathan & Kamionski LLP
nlocke@nklawllp.com
(312) 957-6639

*Attorneys for Defendant City of Chicago*

**CERTIFICATE OF SERVICE**

      I, Neha Locke, an attorney, hereby certify that I caused the foregoing document to be filed with the Court's CM/ECF system, which provided electronic notice and a copy of the same to all counsel of record.

<i>/s/ Neha Locke</i>